UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL R. KING,

    Plaintiff,

v.

    Case No. 1:19-cv-1062

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 20). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 8, 2020, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 20) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of four thousand, one hundred twenty-one dollars and twenty-five cents ($4,121.25).

Dated: September 23, 2020                                /s/ Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 United States District Judge